**Order entered August 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00839-CR

**TOREY BOYKIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82130-2012**

## ORDER

The Court **GRANTS** court reporter Niki D. Garcia's August 2, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Garcia to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/ DAVID EVANS
   JUSTICE